**VERIFICATION**

I, Leo Shumacher, hereby declare as follows:

I am the plaintiff in this action. I have read the Verified Stockholder Derivative Complaint. Based upon discussions with and reliance upon my counsel, and as to those facts of which I have personal knowledge, the complaint is true and correct to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Signed and Accepted:

Dated: 3/14/2022

DocuSigned by:
Leo Shumacher
F6684517FA8C401...

LEO SHUMACHER