Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100

*Attorneys for Defendants Joseph W. Turgeon,
Kurt A. Gustafson, Francois Lebel, William L. Ashton,
Nora E. Brennan, Seth H.Z. Fischer, Jeffrey L. Vacirca,
Dolatrai M. Vyas, Bernice R. Welles, Stuart Krassner,
Raymond W. Cohen, Anthony E. Maida,
and Elizabeth A. Czerepak and for
Nominal Defendant Spectrum Pharmaceuticals Inc*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| LEO SHUMACHER, Derivatively on Behalf of SPECTRUM PHARMACEUTICALS INC., <br><br>Plaintiff<br><br>v.<br><br>JOSEPH W. TURGEON, KURT A. GUSTAFSON, FRANCOIS LEBEL, WILLIAM L. ASHTON, NORA E. BRENNAN, SETH H.Z. FISCHER, JEFFREY L. VACIRCA, DOLATRAI M. VYAS, BERNICE R. WELLES, STUART KRASSNER, RAYMOND W. COHEN, ANTHONY E. MAIDA, and ELIZABETH A. CZEREPAK,<br><br>Defendants<br><br>and<br><br>SPECTRUM PHARMACEUTICALS INC.,<br><br>Nominal Defendant | CASE NO. 2:22-cv-00466-CDS-DJA<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF'S VERIFIED DERIVATIVE COMPLAINT** |

Plaintiff Leo Schumacher ("Plaintiff"), derivatively and on behalf of nominal defendant Spectrum Pharmaceuticals Inc. ("Spectrum" or the "Company"), and defendants Joseph W. Turgeon, Kurt A. Gustafson, Francois Lebel, William L. Ashton, Nora E. Brennan, Seth H.Z. Fischer, Jeffrey L. Vacirca, Dolatrai M. Vyas, Bernice R. Welles, Stuart Krassner, Raymond W. Cohen, Anthony E. Maida, and Elizabeth A. Czerepak ("Defendants" and together with the Plaintiff and Spectrum, the "Parties") jointly submit this Stipulation ("Stipulation"), and in support thereof state as follows:

1    **WHEREAS**, on March 15, 2022, Plaintiff filed the above-captioned action purportedly in the right, and for the benefit, of Spectrum against Defendants (the "Action");

**WHEREAS**, on or about July 31, 2023, Spectrum completed a merger transaction that resulted in Plaintiff no longer being a stockholder of the Company and, accordingly, no longer having standing to pursue derivative claims on the Company's behalf; and

**WHEREAS**, the Parties hereby certify that no compensation in any form has passed directly or indirectly to Plaintiff or its attorneys in the Action and no promise to give any such compensation has been made;

**IT IS HEREBY STIPULATED AND AGREED**, by the parties hereto that pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a), this Action is dismissed.

| MORRIS KANDINOV, LLP | PISANELLI BICE PLLC |
|---|---|
| By: /s/ Leonid Kandinov<br>Leonid Kandinov, Esq.<br>550 West B Street, 4th Floor<br>San Diego, California 92101 | By: /s/ Jordan T. Smith<br>Jordan T. Smith, Esq., #12097<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101 |
| Aaron T. Morris, Esq.<br>MORRIS KANDINOV LLP<br>3391 Mountain Road, Unit 4<br>Stowe, Vermont 05672<br><br>Martin A. Muckleroy, Esq.<br>MUCKLEROY LUNT LLC<br>6077 S. Fort Apache Road, Suite 140<br>Las Vegas, Nevada 89148<br><br>*Attorneys for Plaintiff* | *Attorneys for Defendants Joseph W. Turgeon, Kurt A. Gustafson, Francois Lebel, William L. Ashton, Nora E. Brennan, Seth H.Z. Fischer, Jeffrey L. Vacirca, Dolatrai M. Vyas, Bernice R. Welles, Stuart Krassner, Raymond W. Cohen, Anthony E. Maida, and Elizabeth A. Czerepak and for Nominal Defendant Spectrum Pharmaceuticals Inc.* |

Based on the parties' stipulation, this case is dismissed. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: 10/24/2024

CASE NO. 2:22-CV-00466-CDS-DJA